**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-6353**

———————

RICHARD A. SCHMIDT,

                                        Petitioner - Appellant,

        versus

WILLIAM SMITH; ATTORNEY GENERAL OF THE STATE
OF MARYLAND,

                                        Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Edward S. Northrop, Senior District Judge.
(CA-94-536-N)

———————

Submitted:  September 12, 1995        Decided:  January 16, 1996

———————

Before WILKINSON and MICHAEL, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Richard A. Schmidt, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Kathryn Grill Graeff, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Schmidt v. Smith</u>, No. CA-94-536-N (D. Md. Feb. 15, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>